IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LHF PRODUCTIONS, INC.,**

    **Plaintiff,**

v.                                               **Civil Action No. 3:16cv282**

**JOHN DOES 1–24,**

    **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff LHF Productions., Inc.'s ("LHF") Motion to Extend Time Pursuant to Federal Rule of Civil Procedure 4(m)[1] ("Motion"). (ECF No. 6.) LHF seeks an extension of 90 days, until November 6, 2016, to serve the defendants in this action, because the process to identify defendants remains ongoing. (Mot. 1–2, ECF No. 6.) Pursuant to Federal Rule of Civil Procedure 4(m), for good cause and in the interest of justice, the Court GRANTS IN PART the Motion. (ECF No. 6.) The Court will extend the time for service of the defendants for 60 days, until October 6, 2016.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: 8/5/16

---

[1] Rule 4(m) provides that a plaintiff must serve a defendant "within 90 days after the complaint is filed. However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).